Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

### for the

2017 OCT -6 P 2: 41

### District of Rhode Island

_____ Division

**CA 17- 465** WES

| | |
|---|---|
| James Merida | Case No. _____ |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Jury Trial: *(check one)*  ☐ Yes  ☑ No |
| -v- | |
| Derek Nonnenmacher | |
| *Defendant(s)* | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | |

# COMPLAINT FOR A CIVIL CASE

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | James Merida |
| Street Address | 67 East Greenwich Ave. |
| City and County | West Warwick |
| State and Zip Code | RI 02893 |
| Telephone Number | 401-451-2281 |
| E-mail Address | songcrafter666@gmail.com |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | Derek Nonnenmacher |
| Job or Title *(if known)* | |
| Street Address | 44 Tower Hill Rd. |
| City and County | North Kingstown |
| State and Zip Code | RI 02852 |
| Telephone Number | 401-480-7407 |
| E-mail Address *(if known)* | thenightoceanband@gmail.com |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

**II.   Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.   If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

U.S. Code § 501- Infringement of copyright

**B.   If the Basis for Jurisdiction Is Diversity of Citizenship**

1.   The Plaintiff(s)

a.   If the plaintiff is an individual

The plaintiff, *(name)* James Merida , is a citizen of the State of *(name)* Rhode Island .

b.   If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,

and has its principal place of business in the State of *(name)* _____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

a.   If the defendant is an individual

The defendant, *(name)* Derek Nonnenmacher , is a citizen of the State of *(name)* Rhode Island . Or is a citizen of *(foreign nation)* _____ .

     b.      If the defendant is a corporation

             The defendant, *(name)* _____ , is incorporated under

             the laws of the State of *(name)* _____ , and has its

             principal place of business in the State of *(name)* _____ .

             Or is incorporated under the laws of *(foreign nation)* _____ ,

             and has its principal place of business in *(name)* _____ .

             *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.     The Amount in Controversy

             The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

The defendant obtained a copy of a video that I took during a live performance of the defendant's band on 7-15-2017. This video was originally uploaded by me, the plaintiff, on the following day(7-16-2017) in order to be able to easily share the document with band members directly due to the bandwith of the digital file. As of 8-23-2017, I, the plaintiff, have resigned and wished to take all my belongings with me as I departed. I, therefore, removed the video from my Youtube channel and the Google Drive account that the band shared. After which the defendant re-uploaded a copy he must have backed up. After discovering the rebroadcast, I have sent a request to the defendant to remove the video and all forms of media that the band my have involved me in. To which the defendant very bluntly refused and continues still to use my images and likeness on his social media accounts.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I respectfully request that the court order the defendant to remove the video in question and all other forms of media that contain my likeness and image from all social media accounts, including but not limited to, Youtube, Facebook, Instagram, Soundcloud, Bandcamp, etc., which are currently ongoing. I would also wish the court to order the defendant to pay for any and all fees which may have come from these proceedings. As well as any leave from work that may have to be requested in order to address the court.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          10-5-2017

Signature of Plaintiff                                                          Pro Se

Printed Name of Plaintiff      James Merida

### B.    For Attorneys

Date of signing:      10-6-2017

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address