# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

JAMES MERIDA,

Plaintiff,

        v.                                              Case No. 17-cv-00465-WES-PAS

DEREK NONNEMACHER,

Defendant.

## ORDER OF DISMISSAL

By order entered May 8, 2018, the plaintiff was directed to pay the filing fee within 30 days from the entry of the order, and was warned that failure remit payment would lead to dismissal of this action.

Plaintiff having failed to pay the filing fee, it is hereby ordered that the above-captioned case be dismissed for lack of diligent prosecution.

It is so ordered.

September 12, 2018                                By the Court:

                                                     /s/ William E. Smith, Chief Judge